JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 14-07683-RGK (E)** | Date | March 6, 2015 |
|---|---|---|---|
| Title | *FEDERAL NATIONAL MORTGAGE ASS'N  v. CHAVEZ* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order Remanding Action to State Court**

      On October 3, 2014, defendant Alberto Chavez ("Defendant"), in pro se, removed this action from Los Angeles County Superior Court on the basis of diversity jurisdiction.

      Removal jurisdiction is governed by statute. *See* 28 U.S.C. §§ 1441, *et seq*. The Ninth Circuit has held unequivocally that the removal statute is construed strictly against removal. *Ethridge v. Harbor House Rest.*, 861 F.2d 1389, 1393 (9th Cir. 1988). "The 'strong presumption' against removal jurisdiction means that the defendant always has the burden of establishing that removal is proper." *Gaus v. Miles*, Inc., 980 F.2d 564, 566 (9th Cir. 1992) (citing *Nishimoto v. Federman-Bachrach & Assocs.*, 903 F.2d 709, 712 n.3 (9th Cir. 1990)); *see also In re Ford Motor Co./Citibank (S.D.), N.A.*, 264 F.3d 952, 957 (9th Cir. 2001) ("The party asserting federal jurisdiction bears the burden of proving the case is properly in federal court.").

      For this Court to have diversity jurisdiction, the amount in controversy must exceed $75,000. 28 U.S.C. § 1332(a). Both the caption of the underlying Complaint and the accompanying Civil Cover Sheet reveal that this case was filed as a limited jurisdiction case. The Complaint states that the amount demanded is no greater than $10,000. Since the amount in controversy does not exceed $75,000, this Court does not have diversity jurisdiction, and removal was improper.

      For the foregoing reasons, this case is hereby **REMANDED** to state court for all further proceedings.

      **IT IS SO ORDERED.**

                                                                                                                                                       :

                                                                                                                    Initials of Preparer